UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALBERT SMELKO, JR., Individually
And On Behalf of All Others Similarly
Situated,

          Plaintiff,

v.

STRATASYS LTD., DAVID REIS and
EREZ SIMHA

          Defendants.

Case 0:15-cv-00455 (PJS/FLN)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Wendy J. Wildung, on behalf of the firm Faegre Baker Daniels LLP, hereby enters her appearance as attorney for Defendants David Reis and Erez Simha in the above-captioned matter.

Date: March 25, 2015.

**FAEGRE BAKER DANIELS LLP**

s/ Wendy J. Wildung
Wendy J Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600
wendy.wildung@FaegreBD.com

*Attorney for Defendant Stratasys Ltd.*

US.55991380.01