UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>　　　　　Defendants. | Civ. No.0:15-cv-00455-PJS-FLN<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE
## OF PROPOSED ORDER

I hereby certify that on March 25, 2015, I caused the following *(Proposed) Order Extending Time to Respond to Complaint,* Civil Action No. 15-cv-00455 to be filed with the court via email to the following judge who is considering the motion:

**Honorable Patrick J. Schiltz**
Schiltz_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **Carolyn G. Anderson**
  Carolyn.Anderson@zimmerreed.com
- **Brian C. Gudmundson**
  Brian.Gudmundson@zimmerreed.com
- **Jack Reise**
  JReise@rgrdlaw.com
- **Robert J. Robbins**
  RRobbins@rgrdlaw.com
- **Corey D. Holzer**
  cholzer@holzerlaw.com

- **Koji F. Fukumura**
  kfukumura@cooley.com

Date: March 25, 2015.                    s/ Wendy J. Wildung

                                                        Wendy J. Wildung, MN #117055
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
wendy.wildung@FaegreBD.com

**COOLEY LLP**
KOJI f. Fukumura
4401 Eastgage Mall
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6240
kfukumura@cooley.com

John C. Dwyer
3175 Hanover Street
Palo Alto, CA 9304
Phone: (650) 843-5000
Fax: (650) 843-5228

*Attorneys for Defendants Stratasys, Ltd., David Reis, and Erez Simha*