# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ALBERT SMELKO, JR., Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. No.0:15-cv-00455-PJS-FLN |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| STRATASYS LTD., DAVID REIS and EREZ SIMHA, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER EXTENDING
## <u>TIME TO RESPOND TO COMPLAINT</u>

Based upon the Stipulation [Docket Entry 14] of the parties;

**IT IS HEREBY ORDERED** that:

1.      Defendants shall have no obligation to answer or otherwise respond to the Complaint or to other related complaints filed in or assigned or transferred to this Court; and

2.      Within 20 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action), the parties shall confer and propose to the Court dates by which: (1) lead plaintiff shall either (a) serve and file an amended or consolidated class action complaint which shall serve as the operative complaint in the action and shall supersede any other complaints filed in or assigned or transferred to this Court, or (b) notify defendants' counsel that the Complaint will be the operative complaint; and (2) each of the defendants (or

group of defendants represented by the same counsel) shall answer or otherwise respond to the operative complaint.

Dated: March 27, 2015.                    *s/Franklin L. Noel*
                                          Hon. Franklin L. Noel
                                          United States Magistrate Judge