UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | Case No. 0:15-cv-00455-PJS-FLN<br><br>Related Case Nos.:<br><br>1:15-cv-00927 (E.D.N.Y.)<br>0:15-cv-01592 (D. Minn.)<br>0:15-cv-01863 (D. Minn.) |

**MOTION OF ROBERT BACH FOR CONSOLIDATION OF THE ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

Proposed lead plaintiff Robert Bach ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of the law firm Levi & Korsinsky LLP to serve as Lead Counsel and Reinhardt Wendorf & Blanchfield as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of his Motion, Movant submits herewith a Memorandum of Law and the Declaration of Adam M. Apton, dated April 6, 2015.

Dated:  April 6, 2015             Respectfully submitted,

                                  REINHARDT WENDORF & BLANCHFIELD


                                   _s/ Garrett D. Blanchfield_____
                                  Garrett D. Blanchfield (#209855)
                                  E. 1250 First National Bank Building
                                  332 Minnesota Street
                                  St. Paul, Minnesota 55101
                                  T: (651) 287-2100
                                  F: (651) 287-2103

LEVI & KORSINSKY LLP
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (866) 367-6510

*Counsel for Movant Robert Bach and Proposed Class Counsel*