UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | Case No. 0:15-cv-00455-PJS-FLN<br><br>Related Case Nos.:<br><br>1:15-cv-00927 (E.D.N.Y.)<br>0:15-cv-01592 (D. Minn.)<br>0:15-cv-01863 (D. Minn.) |

**NOTICE OF MOTION**

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 11, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Franklin L. Noel in Courtroom 9W at the U.S. District Court, 300 South Fourth Street, Minneapolis, MN 55415, the Stratasys Investor Group, comprised of Rocco D'Antonio and Joseph Vojdany, will and hereby does move this Court for an Order: (1) consolidating the above-captioned related actions ("Actions"); (2) appointing it as the Lead Plaintiff in these Actions pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995; (3) approving its selection of the law firm of Brower Piven, A Professional Corporation as Lead Counsel for the Class and approving the law

firm of Reinhardt, Wendorf & Blanchfield as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: April 6, 2015						Respectfully Submitted,

REINHARDT, WENDORF & BLANCHFIELD

*/s/ Garrett D. Blanchfield*
Garrett D. Blanchfield (#209855)
E 1250 First National Bank Building
332 Minnesota Street, St. Paul, MN 55101
g.blanchfield@rwblawfirm.com

LEVI & KORSINSKY LLP
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (866) 367-6510

*Counsel for Movant Robert Bach and
Proposed Class Counsel*