# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>    Defendants. | **Civil Action No. 15-cv-00455-PJS-FLN**<br><br>CLASS ACTION<br><br>DATE: May 11, 2015<br>TIME: 10:00 a.m.<br>COURTROOM: 9W |
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STRATASYS LTD., DAVID REIS, EREZ SIMHA and SHANE GLENN,<br><br>    Defendants. | **Civil Action No. 15-cv-01592-PJS-JJK**<br><br>CLASS ACTION |
| PAULINE A. MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>    Defendants. | **Civil Action No. 15-cv-01863-PAM-TNL**<br><br>CLASS ACTION |

**MOTION OF THE STRATASYS INVESTOR GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

The Stratasys Investor Group, comprised of Rocco D'Antonio and Joseph Vojdany, hereby respectfully moves this Court for an Order: (1) consolidating the above-captioned related actions ("Actions"); (2) appointing it as the Lead Plaintiff in these Actions pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving its selection of the law firm of Brower Piven, A Professional Corporation ("Brower Piven") as Lead Counsel for the Class and approving the law firm of Reinhardt, Wendorf & Blanchfield as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

The Stratasys Investor Group makes this Motion based on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because: (1) its members have incurred the largest financial interest in the relief sought by the Class as a result of their purchases of Stratasys Ltd. common stock during the Class Period; and (2) it satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

The Stratasys Investor Group further requests that the Court approve its selection of Brower Piven as Lead Counsel for the Class and Reinhardt, Wendorf & Blanchfield as Liaison Counsel for the Class.  Brower Piven has actively investigated the allegations raised against Defendants.  Further, Brower Piven is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, with the resources

1

to effectively and properly pursue these Actions. Reinhardt, Wendorf & Blanchfield is a respected Minnesota law firm, and its attorneys have experience litigating complex securities class actions.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum In Support Of The Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel and the Declaration Of Garrett D. Blanchfield In Support Of the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum In Support Of the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel and the Declaration Of Garrett D. Blanchfield In Support Of the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiffs; and To Approve Proposed Lead Plaintiffs' Choice Of Counsel, submitted herewith, the Stratasys Investor Group respectfully request that this Court: (1) consolidate the Actions; (2) appoint it as Lead Plaintiff; (3) approve Brower Piven as Lead Counsel for the Class and Reinhardt, Wendorf & Blanchfield as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: April 6, 2015          Respectfully Submitted,

REINHARDT, WENDORF & BLANCHFIELD

*/s/ Garrett D. Blanchfield*
Garrett D. Blanchfield
E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com

*Counsel for the Stratasys Investor Group and Proposed Liaison Counsel for the Class*

BROWER PIVEN
  A Professional Corporation
Charles J. Piven
Yelena Trepetin
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile:   (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

*Counsel for the Stratasys Investor Group and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2015, true and correct copies of the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; And To Approve Proposed Lead Plaintiff's Choice Of Counsel; Notice of Hearing On The Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; And To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Memorandum In Support Of The Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Declaration Of Garrett D. Blanchfield In Support Of the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel (with Exhibits A-F); and the Meet-and-Confer Statement Regarding the Motion Of The Stratasys Investor Group To Consolidate Related Actions; To Be Appointed Lead Plaintiff; And To Approve Proposed Lead Plaintiff's Choice Of Counsel were served via this Court's ECF system to all counsel of record as identified on the Notice of Electronic Filing (NEF), and electronically sent to those indicated as non-registered participants.

                         */s/ Garrett D. Blanchfield*
                         Garrett D. Blanchfield