# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | **Civil Action No. 15-cv-00455-PJS-FLN**<br><br>CLASS ACTION<br><br>DATE: May 11, 2015<br>TIME: 10:00 a.m.<br>COURTROOM: 9W |
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS, EREZ SIMHA and SHANE GLENN,<br><br>Defendants. | **Civil Action No. 15-cv-01592-PJS-JJK**<br><br>CLASS ACTION |
| PAULINE A. MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | **Civil Action No. 15-cv-01863-PAM-TNL**<br><br>CLASS ACTION |

**NOTICE OF HEARING ON THE MOTION OF THE STRATASYS INVESTOR GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE  that on May 11, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Franklin L. Noel in Courtroom 9W at the U.S. District Court, 300 South Fourth Street, Minneapolis, MN 55415, the Stratasys Investor Group, comprised of Rocco D'Antonio and Joseph Vojdany, will and hereby does move this Court for an Order: (1) consolidating the above-captioned related actions ("Actions"); (2) appointing it as the Lead Plaintiff in these Actions pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995; (3) approving its selection of the law firm of Brower Piven, A Professional Corporation as Lead Counsel for the Class and approving the law firm of Reinhardt, Wendorf & Blanchfield as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: April 6, 2015             Respectfully Submitted,

                                 REINHARDT, WENDORF & BLANCHFIELD

                                 */s/ Garrett D. Blanchfield*
                                 Garrett D. Blanchfield
                                 E 1250 First National Bank Building
                                 332 Minnesota Street, St. Paul, MN 55101
                                 g.blanchfield@rwblawfirm.com

                                 *Counsel for the Stratasys Investor Group and Proposed Liaison Counsel for the Class*

       BROWER PIVEN, A Professional Corporation
       Charles J. Piven
       Yelena Trepetin
       1925 Old Valley Road
       Stevenson, MD 21153
       Telephone: (410) 332-0030
       Facsimile:   (410) 685-1300
       piven@browerpiven.com
       trepetin@browerpiven.com

       *Counsel for the Stratasys Investor Group and*
       *Proposed Lead Counsel for the Class*