# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | No. 0:15-cv-00455-PJS-FLN<br><br><br>**THE CITY OF BRISTOL PENSION FUND'S STATEMENT OF NON-OPPOSITION TO THE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| WEST PALM BEACH POLICE PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATASYS LTD., DAVID REIS, EREZ SIMHA and SHANE GLENN,<br><br>Defendants. | No. 0:15-cv-01592- PJS-FLN |

(Caption continued on following page.)

492042.1

| | |
|---|---|
| PAULINE A. MOORE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STRATASYS LTD., DAVID REIS and EREZ SIMHA <br><br> Defendants. | No. 0:15-cv-01863- PJS-FLN |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STRATASYS LTD., DAVID REIS and EREZ SIMHA <br><br> Defendants. | No. 0:15-cv-01909-PJS-FLN |

492042.1                                          i

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff movant and putative class member City of Bristol Pension Fund ("Bristol"), by and through its counsel, hereby responds to the respective motions for consolidation of the above-captioned putative class actions (the "Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; appointment as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and approval of lead class counsel pursuant to §21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v).

As the Court is aware, pursuant to §21D(a)(3)(B) of the Exchange Act, the statutorily presumptive lead plaintiff is the member or members of the class demonstrating the largest financial interest in the relief sought.  After reviewing the motions of the competing lead plaintiff movants, it appears that Bristol does not have the largest financial interest in the litigation.  Accordingly, Bristol is not the presumptive lead plaintiff under the PSLRA.

By submitting this response in non-opposition to the competing motions, Bristol does not waive its right to participate as a plaintiff and/or to recover as a class member in this litigation.  Moreover, to the extent there is any issue now or in the future with respect to the competing movants' ability to stand as a lead plaintiff or to the extent their loss calculations are not as represented, Bristol stands ready, willing, and able to serve as lead plaintiff and to have its choice of counsel, Scott+Scott, Attorneys at Law, LLP, serve as lead counsel in this action.

Respectfully Submitted,

DATED: Minneapolis, Minnesota
April 15, 2015

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/* Karen Hanson Riebel
Richard A. Lockridge
Karen Hanson Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-0981
ralockridge@locklaw.com
khriebel@locklaw.com

JOSEPH P. GUGLIELMO
DAVID R. SCOTT
DONALD A. BROGGI
**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com
david.scott@scott-scott.com
dbroggi@scott-scott.com

*Counsel for Lead Plaintiff Movant City of Bristol Pension Fund*