UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALBERT SMELKO, JR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>Defendants. | No. 0:15-cv-00455-PJS-FLN<br><br>CLASS ACTION |
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRATASYS LTD., DAVID REIS, EREZ SIMHA, and SHANE GLENN,<br><br>Defendants. | No. 0:15-cv-01592-PJS-FLN<br><br>CLASS ACTION |

[Caption continued on following page.]

**ORDER CONSOLIDATING RELATED ACTIONS**

| | |
|---|---|
| PAULINE A. MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>STRATASYS LTD., DAVID REIS and EREZ SIMHA,<br><br>                      Defendants. | No. 0:15-cv-01863-PJS-FLN<br><br>CLASS ACTION |

This matter is before the Court on the parties' Stipulation Regarding Consolidation of Related Actions (Doc. Nos. 60, 44 and 42). It appears to the Court that the matters are related and should be consolidated.

Accordingly, IT IS HEREBY ORDERED that:

**A.    CONSOLIDATION**

1. The following Related Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal (the "Consolidated Action"):

| *ABBREVIATED CASE NAME* | *CASE NUMBER* | *DATE FILED* |
|---|---|---|
| *Smelko v. Stratasys Ltd., et al.* | 15-cv-00455-PJS-FLN | 02/05/15 |
| *West Palm Beach Police Pension Fund v. Stratasys Ltd., et al.* | 15-cv-01592-PJS-FLN | 03/25/15 |
| *Moore* v. *Stratasys Ltd., et al.* | 15-cv-01863-PJS-FLN | 04/03/15 (transferred to D. Minn.; filed in S.D.N.Y. on 02/09/15) |

- 2 -

- 3 -

2. Every pleading filed in the Consolidated Action, or in any separate action subject to this Order, shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re Stratasys Ltd. Shareholder Securities Litigation*<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 15-cv-00455-PJS-FLN |

3. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF Notification. For non-CM/ECF participants, service shall be deemed effective upon transmission of e-mail.

4. The files of the Consolidated Action shall be maintained in one file under Master File No. 15-cv-00455-PJS-FLN. All documents previously filed to date in any of the cases consolidated herein are deemed a part of the record in the Consolidated Action.

5. This Order shall apply to each shareholder class action, arising out of the same or substantially the same transactions or events as these Related Actions, which is subsequently filed in, remanded to, or transferred to this Court, including *City of Hollywood Police Officers' Retirement System v. Stratasys Ltd., et al.*, No. 15-cv-00927-SLT-VMS (filed in E.D.N.Y. on February 20, 2015).

6. When a case which properly belongs as part of *In re Stratasys Ltd. Shareholder Securities Litigation*, Master File No. 15-cv-00455-PJS-FLN, is hereafter filed in the Court or transferred here from another court, counsel shall assist in calling to the attention of the

- 4 -

clerk of court the filing or transfer of any case which might properly be consolidated, and counsel shall assist in assuring that counsel in subsequent actions receive notice of this Order.

**B.     SCHEDULE**

7.  After the appointment of Lead Plaintiff and selection of Lead Counsel, Plaintiffs shall file a consolidated complaint, or designate one of the complaints currently on file as the operative consolidated complaint (the "Consolidated Complaint") within sixty (60) days of the entry of the Lead Plaintiff Order.

8.  Defendants shall answer, move, or otherwise respond to the Consolidated Complaint within sixty (60) days after the Consolidated Complaint is filed or designated.

9.  In the event Defendants file a motion to dismiss the Consolidated Complaint, Plaintiffs shall file their opposition brief within sixty (60) days after Defendants' motion is filed, and Defendants shall file their reply brief within thirty (30) days after Plaintiffs' opposition brief is filed.


Dated: 4/14/15                                s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Court Judge