UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re STRATASYS LTD. SHAREHOLDER SECURITIES LITIGATION )<br>)<br>)<br>)<br><br>This Document Relates To:<br><br>ALL ACTIONS. )<br>)<br>)<br>)<br>)<br>) | Master File No. 15-cv-00455-PJS/FLN<br><br>CLASS ACTION |

ORDER APPROVING THE APPOINTMENT OF LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

Having considered the lead plaintiff movants' Stipulation for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel, Dkt. No. 74, and good cause appearing therefore, the Court ORDERS as follows:

1. Mineworkers' Pension Scheme and Macomb County Employees' Retirement System (the "Institutional Investors") shall be appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B);

2. The Institutional Investors' selection of Robbins Geller Rudman & Dowd, LLP as Lead Counsel and Zimmerman Reed, PLLP as Liaison Counsel shall be approved pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v);

3. The hearing, scheduled for 10:00 a.m., on May 11, 2015, shall be taken off the calendar.

IT IS SO ORDERED.

DATED: April 23, 2015

S/FRANKLIN L. NOEL
_____
THE HONORABLE FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE