

April 27, 2015

**BRIAN C. GUDMUNDSON**
Admitted in Minnesota
Brian.Gudmundson@zimmreed.com

REPLY TO MINNEAPOLIS

*Via Electronic Filing, by Permission*

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:   *In re Stratasys Ltd. Shareholder Securities Litigation*
       Master File No. 15-cv-00455 (PJS/FLN)

Dear Judge Schiltz:

In response to the Court's request, counsel for Lead Plaintiffs Mineworkers' Pension Scheme and Macomb County Employees' Retirement System conferred with counsel of record in related case dockets 15-cv-01592; 15-cv-01863; and 15-cv-01909, regarding their desire to be transferred or added to the master case docket, 15-cv-00455. No party or counsel in any related docket who is not already present in the main docket wishes to be transferred or added to the main case docket at this time.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

ZIMMERMAN REED, PLLP


   /s/ Brian C. Gudmundson


Brian C. Gudmundson

BCG: kmc


cc:     All Counsel of Record (*Via CM/ECF*)

---

MINNEAPOLIS  | 1100 IDS Center, 80 South 8th Street Minneapolis, Minnesota 55402  T 612.341.0400  F 612.341.0844 | ZIMMREED.COM
SCOTTSDALE   | 14646 North Kierland Blvd, Suite 145 Scottsdale, Arizona 85254  T 480.348.6400  F 480.348.6415 |