# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Albert Smelko, Jr, et al.,

*Plaintiff,*

v.　　　　　　　　　　　　　　　　　　　Case No. 0:15–cv–00455–PJS–FLN

Stratasys Ltd., et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Stratasys Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Brian C Gudmundson
>   1100 IDS Center
>   80 South Eighth Street
>   Minneapolis, MN
>   55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*　　　By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  July 6, 2015

# Summons and Complaint Return of Service

Case No. 0:15−cv−00455−PJS−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Stratasys Ltd.

Date of Service:       _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Albert Smelko, Jr, et al.,

        *Plaintiff,*

v.                                             Case No. 0:15–cv–00455–PJS–FLN

Stratasys Ltd., et al.,

        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: David Reis

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian C Gudmundson
        1100 IDS Center
        80 South Eighth Street
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   July 6, 2015

# Summons and Complaint Return of Service

Case No. 0:15−cv−00455−PJS−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: David Reis

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Albert Smelko, Jr, et al.,

      *Plaintiff,*

v.   Case No. 0:15−cv−00455−PJS−FLN

Stratasys Ltd., et al.,

      *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Erez Simha

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Brian C Gudmundson
      1100 IDS Center
      80 South Eighth Street
      Minneapolis, MN
      55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT   By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  July 6, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–00455–PJS–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Erez Simha

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Albert Smelko, Jr, et al.,

                              *Plaintiff,*

v.                                                Case No. 0:15–cv–00455–PJS–FLN

Stratasys Ltd., et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bre Pettis

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian C Gudmundson
        1100 IDS Center
        80 South Eighth Street
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   July 6, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15−cv−00455−PJS−FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Bre Pettis

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Albert Smelko, Jr, et al.,

                    *Plaintiff,*

v.                                               Case No. 0:15–cv–00455–PJS–FLN

Stratasys Ltd., et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Jennifer Lawton

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Brian C Gudmundson
                1100 IDS Center
                80 South Eighth Street
                Minneapolis, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*       By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   July 6, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:15–cv–00455–PJS–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Jennifer Lawton

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: